```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  STANLEY A. BOONE
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5
```


FILED

JUL 1 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

```
 6           IN THE UNITED STATES DISTRICT COURT FOR THE

 7                    EASTERN DISTRICT OF CALIFORNIA

 8
    IN THE MATTER OF:              )    01: 03-SW-3036
 9                                 )    01: 03-SW-3037
    1192 NORWEGIAN,                )    01: 03-SW-3038
10  MODESTO, CALIFORNIA            )    01: 03-SW-3039
                                   )
11  4205 DYNASTY LANE,             )
    MODESTO, CALIFORNIA            )    ORDER TO UNSEAL SEARCH WARRANT
12                                 )    AFFIDAVIT AND WARRANTS
    BANK OF AMERICA SAFE DEPOSIT   )
13  BOX OF JOHN AND LITSA PAPPAS   )
                                   )
14  UNDERGROUND BOMB SHELTER/ROOM  )
    LOCATED ON THE PROPERTY ADDRESS)
15  OF 1192 NORWEGIAN, MODESTO,    )
    CALIFORNIA                     )
16                                 )
    _____)
17
```

    The search warrant affidavit in this case having been sealed by Order of this Court in March 2003, and it appearing that the affidavits and warrants are not required to remain secret based upon the motion submitted by the government,

    IT IS HEREBY ORDERED that the search warrant affidavits and warrants be unsealed and made public record.

DATED: 7/14/2006

_____
UNITED STATES MAGISTRATE JUDGE

1